IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| HEATHER DAWN TAYLOR, Individually and on behalf of herself and other similarly situated current and former employees | ) ) ) ) ) ) ) ) | 
| v. | |
| MULTIMATIC TENNESSEE, LLC | |

Case No. 1:23-cv-00054
Judge Campbell
Magistrate Judge Holmes

**O R D E R**

The initial case management conference in this case is set for October 26, 2023. (Docket No. 5.) On October 24, 2023, Plaintiff filed a notice of voluntary dismissal. (Docket No. 14.) The initial case management conference is therefore CANCELLED.

However, should Plaintiff's notice of dismissal be withdrawn or this case proceed for any other reason, Plaintiff is responsible for timely moving to reset the initial case management conference. Failure to do may result in any of the remedies authorized by Rule 16(f), including dismissal with prejudice.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge