IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **HEATHER DAWN TAYLOR,** *individually, and on behalf of herself and other similarly situated current and former employees,*<br><br>    Plaintiff,<br><br>v.<br><br>**MULTIMATIC TENNESSEE, LLC**,<br><br>    Defendant. | Case No. 1:23-cv-00054<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. No. 14), this case is hereby **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE